NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CARRIAGE HOUSE WEST II ASSOCIATES, LP,
CARRIAGE HOUSE WEST III ASSOCIATES, LP,
EMORY GROVE, L.P., GLENARDEN, L.P., DANIEL
M. LYONS, LESTER M. LEWIS, CHARLOTTE K.
LERIS, SAMUEL J. GORLITZ, GRACE K. GORLITZ,
BETTY C. LYONS LIVING TRUST, UNITED
COMPANY, L.P., CARRIAGE HOUSE OF
MISHAWAKA ASSOCIATES I LP, CARRIAGE
HOUSE OF ELKHART ASSOCIATES, LP,
CARRIAGE HOUSE WEST I ASSOCIATES, LP,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2013-5132, 2013-5133, 2013-5135, 2013-5137, 2013-5138,
2013-5140, 2013-5141, 2013-5143

---

Appeals from the United States Court of Federal
Claims in No. 97-CV-5820, 97-CV-5821, 97-CV-5824, 97-
CV-5825, 97-CV-5826, 97-CV-5829, 97-CV-5830, 97-CV-
5831, Senior Judge Edward J. Damich.

---

**JUDGMENT**

---

HARRY JAMES KELLEY, III, Nixon Peabody, LLP, Washington, DC, argued for plaintiffs-appellants.

KENNETH DINTZER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., FRANKLIN E. WHITE, JR., KENNETH DAVID WOODROW, ANNA BONDURANT ELEY.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and CHEN, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 11, 2016                    /s/ Daniel E. O'Toole
     Date                           Daniel E. O'Toole
                                    Clerk of Court